In the Matter of the Application of WILLIAM VANAMEE, as Receiver, etc.

(Submitted February 24, 1890; decided March 11, 1890.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made December 20, 1889, which reversed an order of Special Term denying the application of William Vanamee, as receiver of the Warwick Machine Company, for a warrant to examine William T. Baird.

*Alfred Ely* for appellant.

*Willard N. Baylis* for respondent.

Agree to affirm, on the ground that the attorney-general should have had notice of the application; no opinion.

All concur.

Order affirmed.